PROB 12C
(6/16)

Report Date: July 10, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roland Nathaniel Winfrey            Case Number: 0980 2:21CR00066-RLP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Rebecca L Pennell, U.S. District Judge

Date of Original Sentence: June 14, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924 | | |
| Original Sentence: | Prison - 71 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | June 13, 2025 |
| Defense Attorney: | Amy H Rubin | Date Supervision Expires: | June 12, 2028 |

## PETITIONING THE COURT

To issue a summons.

On June 12, 2025, Mr. Winfrey's conditions of supervision were reviewed with him. He signed his judgement acknowledging his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Winfrey is in violation of his conditions of supervision for using the following controlled substances: methamphetamine, cocaine, and fentanyl on or around June 25, 2025. |
| | On June 27, 2025, the undersigned officer collected a random urinalysis test at Mr. Winfrey's residence. The sample tested presumptive positive for methamphetamine, cocaine, and fentanyl. Mr. Winfrey admitted in writing that he consumed an ecstacy pill on or around June 25, 2025. The contract laboratory confirmed the test to be positive for methamphetamine, cocaine and fentanyl. |

Prob12C
**Re: Winfrey, Roland Nathaniel**
**July 10, 2025**
Page 2

| | | |
|---|---|---|
| | 2 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

        **Supporting Evidence**: It is alleged Mr. Winfrey is in violation of his conditions of supervision for using the following controlled substances: methamphetamine, cocaine, on or around June 28, 2025.

        On July 1, 2025, the undersigned officer collected a random urinalysis test from Mr. Winfrey at the probation office. The sample tested presumptive positive for methamphetamine, cocaine and fentanyl. Mr. Winfrey admitted in writing that he consumed an ecstacy pill on or around June 28, 2025. The contract laboratory confirmed the test to be positive for methamphetamine, cocaine and fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/10/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 10, 2025
Date